UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: GERALD COLEY,** | : | **Chapter 7** |
| **Debtor** | : | **Bky. No. 09-14999 ELF** |
| **GMAC INC.,** | : | |
| **Plaintiff,** | : | |
| v | : | |
| **GERALD COLEY,** | : | |
| **Defendant** | : | **Adv. No. 09-0307** |

O R D E R

AND NOW, upon consideration of the Plaintiff's Motion for Summary Judgment ("the Motion") and the Defendant's Response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. A final pretrial conference is **SCHEDULED** on **August 26, 2010, at 1:00 p.m.**, in **Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**

Date: July 29, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc: Gerald Coley
    158 Applegate Drive
    West Chester, PA 19382